Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) |
| BURKHOLDER, NICHOLAS BLAKE NEAL ) | Case No. 5-10-50052 |
| | ) |
| Debtor(s) ) | Chapter 7 |
| | ) |

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: October 19, 2010         /s/ John G. Leake
                               JOHN G. LEAKE
                               P O Box 526
                               Harrisonburg, VA 22803
                               (540) 434-7425

Date: 10/19/10                                                                                                                            Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 5-10-50052 - BURKHOLDER, NICHOLAS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roanoke County Schools FCU<br>1340 Roanoke Blvd<br>Salem VA 24153-5202 | 000001 | 28,707.60 | 0.01 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000004 | 19,822.54 | 0.01 |
| ---------- Remittance Total --------------- | | 48,530.14 | 0.02 |

_____
JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-10-50052   RK  
Debtor Name: BURKHOLDER, NICHOLAS BLAKE NEAL  
Page 1  
Date: October 19, 2010

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,200.07 |
| | JOHN G. LEAKE COMPENSATION | Admin | | $96.85 | $0.00 | $96.85 | $96.85 | $1,103.22 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | JOHN G. LEAKE EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $1,103.22 |
| | DALE A DAVENPORT ESQ | Admin | 001 | $600.00 | $0.00 | $600.00 | $600.00 | $503.22 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | CLERK U S BANKRUPTCY COURT | Admin | 001 | $250.00 | $0.00 | $250.00 | $250.00 | $253.22 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | CLERK U S BANKRUPTCY COURT | Admin | 001 | $250.00 | $0.00 | $250.00 | $250.00 | $3.22 |
| | | Percent Paid: 100.00000 % | | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $3.20 | $0.00 | $3.20 | $3.20 | $0.02 |
| | | Percent Paid: 100.00000 % | | | | | | |
| 000001 | Roanoke County Schools FCU | Unsec | 070 | $28,707.60 | $0.00 | $28,707.60 | $0.01 | $0.01 |
| | | Percent Paid: 0.00003 % | | | | | | |
| 000003 | US Dept Of Education | Unsec | 070 | $2,491.79 | $0.00 | $2,491.79 | $0.00 | $0.01 |
| | | Percent Paid: 0.00000 % | | | | | | |
| 000004 | Fia Card Services, NA/Bank of America | Unsec | 070 | $19,822.54 | $0.00 | $19,822.54 | $0.01 | $0.00 |
| | | Percent Paid: 0.00005 % | | | | | | |
| | << Totals >> | | | $52,221.98 | $0.00 | $52,221.98 | $1,200.07 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

_[signature]_   _10/19/10_

PROPDISA  
Printed: 10/19/10 11:35 AM   Ver: 16.00